1010

No. 91–7709. KEMP *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–7713. BUSCEMI *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 91–7715. AMOS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7739. COLEMAN *v.* CTI LOGISTICS, INC. C. A. 5th Cir. Certiorari denied.

No. 91–7754. YOUNG *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 91–7755. CARMICHAEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7762. KIBA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7763. GARNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7769. GREEN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–7770. MCLEAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–7772. CLARK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7774. WALTERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7775. MITCHELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7778. BILLY G. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7787. ALMONTE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.